UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RUSSELL ALLEN THOMPSON ) | |
| ) | |
| v. ) | CIVIL NO. 2:20-cv-00485-JDL |
| ) | |
| MAINE CORRECTIONAL CENTER, ) | |
| et al. ) | |

ORDER OF DISMISSAL

Plaintiff having failed to show any cause in response to this Court's Order of January 27, 2021, why this action should not be dismissed,

IT IS HEREBY ORDERED that this action be and it is DISMISSED.

SO ORDERED.

Dated this 19th day of February, 2021.

/s/ Jon D. Levy
United States District Judge